Unatay C McRoy
63 Tiffany Pl # 604
Brooklyn, New York 11231

January 16, 2010

Judge Carol B Amon
225 Cadman Plaza East
Brooklyn, New York 11201

RECEIVED JAN 19 2010 PRO SE OFFICE

*The United States Attorney is directed to look into the plaintiff's complaint and respond to both the plaintiff and the Court by 2/12/10.*

*So Ordered* /Signed by Judge Amon/

1/21/10

Re: *McRoy v. Commissioner of social security,*
<u>Civil Action No. CV-09-0795 (Amon, J. )</u>

Dear Judge Amon:

I Unatay McRoy, I am writing you this correspondence in reference to my case # CV-09-0795 Which was due to be held in court under your jurisdiction, but instead. I was contacted by, Attorney Layaliza K. Soloveichik (who's representing the Commissioner of Social security,) on several occasions, by phone, and mail, as to offering me a stipulation to sign in reference my case.

On August the 5th 2009. I was contacted by Ms Soloveichik (via Phone call) in reference to my case against the commissioner of social security.

Ms Soloveichik contacted me in reference to me signing a stipulation which she sent. She stated "the stipulation would be granting me a *FAVORABLE DECISION*, concerning my case."

I then said to Ms Soloveichick, "that's what I was in court for prior to this. And, all I was given was a partial favorable decision."

Ms Soloveichik , went on verbally, to assure me that my case has already been given a favorable decision, and all I had to do was sign the stipulation.

I then said to Ms Solveichik , "after I sign the stipulation what happens?"
"She stated I would receive my Favorable decision concerning my back money due to me within 30 days, 60 days the most."

It is now January 16, 2010, the stipulation was signed by all, and ready by 9/8/09.

I've called social security several times and social security, was not able to give me any information in reference to this case. I then called again and, was given another number to call @ 703 605 8000 Upon calling that number, I was told that my case was pulled for a review and S.S. has not gotten to my case as of yet.
And. No decision has been made concerning this case?

The operator to whom I was speaking with. Went on to say, the process for a review can take as short as 8 months to as long as 30 months. From 9/08/09

*The information I was given, was hard for me to understand, being that I was told by Ms Soloveichik, Once the stip was signed the favorable decision would take 30-60 days the most?*

Please. I ask is there anything that can be done to expedite this situation?

Presently I'm being faced with a hardship, due to a rental increase, and me depending on my favorable decision to pay the difference of my rent, as to prevent myself from becoming homeless. I have no where to go.

I've acted in good faith, and I trusted and believed what I was being told by Ms Soloveichik. I had no idea it would come to me getting a run around with no hope in sight.
If I knew then what I knew now, I would have opted for my case to remain in court. I had no idea by me trusting, and believing what Ms Soloveichik was stating to me, would cause me such false hope.

Please. I need your help, and attention concerning this matter.

Any and all help would be greatly appreciated.

I Thank you in advance, for your time and attention being given to this matter.


Sincerely,

*[signature]*
Unatay C. McRoy


cc: Original & copy to the court
cc: Layaliza K. Soloveichik
cc: Unatay C McRoy

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNATAY C. MCROY

                      Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
                      Defendant.

------------------------------------------------------X

**RECEIVED JAN 19 2010 PRO SE OFFICE**

Affirmation of Service

09 CV 0795 CBA

I, UNATAY C. MCROY, declare under penalty of perjury that I have served a copy of the attached **letter to Judge Carol Bagley Amon** upon **Ayaliza Soloveichik** whose address is: **271 Cadman Plaza East, Brooklyn, NY 11201**

Dated: 1.19.10, New York

Signature: Unatay McRoy

Address: 63 Tiffany Pl #604
Brooklyn, NY 11231